RECEIVED+FILED
2019 SEP 24  AM 11: 19
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-MR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

| | | |
|---|---|---|
| In re: | * | |
| | | |
| PAYLESS SHOESOURCE, INC. | * | Case No: <u>19-40822</u> |
| | | (Chapter 11) |
| Debtor | * | Jointly Administered |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF WITHDRAWAL OF CLAIM
### FILED BY MONTGOMERY COUNTY, MARYLAND

To the Clerk of the Court:

PLEASE WITHDRAW Montgomery County, Maryland's Proof of Claim filed August 20, 2019 and amended on September 19, 2019 and docketed as **Claim # 1869-1 and Claim #1869-2** in the amount of $ 6,505.28 for Fiscal Years 2018 and 2019 Personal Property Taxes assigned. Since the claim, as amended was filed, Debtor has paid the 2018 and 2019 personal property taxes and is not indebted to Montgomery County, Maryland for these specific tax years.

MONTGOMERY COUNTY, MARYLAND
(OFFICE OF COUNTY ATTORNEY)

_____    By: _____*Tamara Stoner*_____
Date                          Tamara A. Stoner
                              101 Monroe Street, 3rd Floor
                              Rockville, MD  20850
                              Tel: (301) 777-6719 – Direct Line
                              Tel: (301) 777-6771 – Fax Line
                              E-mail: tamara.stoner@montgomerycountymd.gov

                              Attorney for Montgomery County, Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___20th___ day of September 2019, I caused to be served, via the method(s) indicated below, true and correct copies of the foregoing **NOTICE OF WITHDRAWAL OF CLAIM FILED BY MONTGOMERY COUNTY, MARYLAND** to:

Payless Holdings, LLC Claims Processing Center
c/o Prime Clerk
Grand Central Station
PO Box 4850
New York, NY  10163-4850
(*Claims Agent*)

_____
Tamara A. Stoner



| | | |
|---|---|---|
| Marc Elrich<br>*County Executive* | **OFFICE OF THE COUNTY ATTORNEY** | Marc P. Hansen<br>*County Attorney* |

September 20, 2019

**BY CERTIFIED MAIL – Return Receipt Requested**

Clerk, US Bankruptcy Court for
 the Eastern District of Missouri
111 S. 10th St, 4th Floor
St. Louis, MO   63102

      RE:    Debtor:  Payless ShoeSource, Inc (#19-40882 – Ch 11)
                Claim filed by Montgomery County MD

Dear Clerk:

    Enclosed a Line to Withdraw claim # 1869 filed by Montgomery County, Maryland. Please docket this.

    Should you have any questions, please do not hesitate to contact me.

                              Sincerely,

                By:    _____
                             Tamara A. Stoner, Associate County Attorney

Encl: As stated

**COPIES TO**:

**Payless Holdings, LLC Claims Processing Center**
c/o Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY  10163-4850
(*Claims Agent*)

**Attorney for Debtor**

---

101 Monroe Street, Third Floor, Rockville, Maryland 20850-2580
(240) 777-6719 • TTD (240) 777-2545 • FAX (240) 777-6705